IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 14-cv-03235-PAB-KMT | Date: | November 23, 2015 |
| Courtroom Deputy: | Brandy Simmons | FTR: | Courtroom C-201 |

*Parties:* *Counsel:*

FIRST MERCURY INSURANCE COMPANY,   Ross Edwards

   Plaintiff,

v.

COMPANION SPECIALTY INSURANCE COMPANY,   Ruth Tyler Bryant

   Defendant.

## COURTROOM MINUTES

**MOTION HEARING**

**10:05 a.m.**   **Court in session.**

Court calls case. Appearances of counsel. Ms. Bryant appears by telephone.

**ORDERED**: Plaintiff's Motion for Leave to File Amended Complaint and to Modify Scheduling Order [34] is GRANTED. Plaintiff shall file the Amended Complaint on or before close of business on November 25, 2015.

**ORDERED:** Defendant's Motion for Order Compelling Deposition of Plaintiff and Request for Expedited Hearing [36] is GRANTED in PART, and MOOT in PART. The discovery cut-off is extended to May 23, 2016. The dispositive motion deadline is extended to June 23, 2016. The Final Pretrial Conference set for February 4, 2016 is VACATED. Affirmative experts are due March 23, 2016. Rebuttal experts are due April 22, 2016.

Written Discovery shall be served 33 days prior to the discovery cutoff.

**ORDERED:** **Telephonic Final Pretrial Conference is set for August 23, 2016, at 9:45 a.m.\* in Courtroom C-201, Byron G. Rogers U.S. Courthouse, 1929 Stout Street, Denver, CO,   before Magistrate Judge Kathleen M. Tafoya. \*The parties shall initiate a conference call and contact chambers at 303-335-2780 at the**

**time of the Final Pretrial Conference.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than seven days before the Final Pretrial Conference.**

**10:25 a.m.**     **Court in recess.**

Hearing concluded.
Total in-court time    00:20

*To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at 303-988-8470.